1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  MARK A. HYLLAND,                 )    No. CV 04-5931 SJO (CW)
                                     )
13              Petitioner,          )    JUDGMENT
                                     )
14        v.                         )
                                     )
15  JEANNE WOODFORD, Director,       )
    et al.                           )
16                                   )
                Respondents.         )
17  _____ )

18

19        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

20  denied and the action dismissed with prejudice.

21              March 1, 2010

22  DATED: _____

23

24                                    _____
                                             S. JAMES OTERO
25                                    United States District Judge

26

27

28

                                     1